IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-cv-210-BO

GRACE E. TEMPLE, )
)
        Plaintiff, )
)
v. ) O R D E R
)
ALLIED UNIVERSAL SECURITY )
SERVICES, )
)
        Defendant. )

    This cause comes before the Court on memorandum and recommendation (M&R) of United States Magistrate Judge Robert T. Numbers, II. No response or objection to the M&R has been filed, and the time for doing so has expired. The M&R is ripe for review.

    Plaintiff initiated this action by filing a complaint in the Eastern District of North Carolina, alleging that defendant violated her rights under Title VII of the Civil rights Act of 1968. Magistrate Judge Numbers subsequently filed the instant M&R recommending that plaintiff's motion for leave to proceed *in forma pauperis* be granted and that the complaint be dismissed for lack of sufficient allegations to plausibly establish that plaintiff was discriminated against due to her race or that there was a basis for holding her employer liable for the alleged hostile work environment. Plaintiff was notified of her right to object to the recommendation. The time for filing an objection has expired and plaintiff has failed to file an objection or seek an extension of time within which to do so.

    A district court is required to review de novo those portions of an M&R to which a party timely files specific objections or where there is plain error. 28 U.S.C. § 636(b)(1); *Thomas v. Arn*,

474 U.S. 140, 149-50 (1985). "[I]n the absence of a timely filed objection, a district court need not conduct de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (internal quotation and citation omitted).

The Court is satisfied that there is no clear error on the face of the record and ADOPTS the M&R [DE 6]. Plaintiff's motion for leave to proceed *in forma pauperis* [DE 1] is GRANTED. Plaintiff's complaint [DE 7] is DISMISSED. The Clerk is DIRECTED to close the case.

SO ORDERED, this 5 day of October, 2021.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE