UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GRACE E. TEMPLE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALLIED UNIVERSAL SECURITY SERVICES, )<br>)<br>Defendants. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 5:21-CV-210-BO** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court is satisfied that there is no clear error on the face of the record and ADOPTS the M&R [DE 6]. Plaintiff's motion for leave to proceed *in forma pauperis* [DE 1] is GRANTED. Plaintiff's complaint [DE 7] is DISMISSED.

**This Judgment Filed and Entered on October 5, 2021, and Copies To:**

Grace E. Temple                                                        (via CM/ECF electronic notification)

DATE:                                                                                    PETER A. MOORE, JR., CLERK
October 5, 2021                                                         (By) /s/ Nicole Sellers
                                                                                                      Deputy Clerk